IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUBERT LONG, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:08-CV-1367-K |
| | ) | |
| MARLENA S. FRIDDLE, et al., | ) | Referred to Magistrate Judge |
| Defendants. | ) | for Pretrial Management |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Defendants Friddle and Slavik's motion to dismiss be, and it is hereby **DENIED**. Further, Defendant's Reply and Motion to Strike Plaintiff's Response is **DENIED** as moot.

The referral of this case for pre-trial management will continue.

SO ORDERED

Signed January 6th, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE